UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:22-mj-03709 Damian

FILED BY JBS D.C.
Oct 7, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

WILFREDO ROBLES,
RUBEN PUSHIANA, and
JONATHAN VASQUEZ,

_____/
Defendants.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  *Michele Vigilance*
MICHELE S. VIGILANCE
Assistant United States Attorney
Court ID No.    A5502091
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-432-1406
Email: Michele.Vigilance@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| WILFREDO ROBLES, RUBEN PUSHIANA and JONATHAN VASQUEZ, | ) ) ) ) ) | Case No. 1:22-mj-03709 Damian |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about September 29, 2022, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | **Offense Description** |
|---|---|
| Tliie 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); allInviolation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it Is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts: SEE ATTACHED AFFIDAVIT

Continued on the attached sheet.

*Complainant's signature*

DEA TFO Lewis Hosch
*Primed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime .

Date: 10/07/2022

*Judge's signature*

City and state: Miami, Florida

Hon. Melissa Damian, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **WILFREDO ROBLES, RUBEN PUSHIANA and JONATHAN VASQUEZ** for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a) (1) and 70506(b).

3. On or about September 29, 2022, a Maritime Patrol Aircraft detected a go-fast vessel ("GFV") operating approximately 50 nautical miles south of Isla Beata, Dominican Republic in international waters, and upon the high seas. The GFV had three persons on board, no

indicia of nationality, packages, and excess fuel barrels on deck, which gave rise to suspicion that the GFV was being used to engage in drug smuggling activities. Based on these facts, the HMS Medway requested and received a Statement of No Objection ("SNO") from the United States Coast Guard's District 7 ("District 7") to further investigate the GFV and to conduct a Right of Visit ("ROV"). The HMS Medway, with U.S. Law Enforcement Detachment 404 ("LEDET") on board subsequently diverted to investigate. Once in the vicinity, the HMS Medway deployed a Boarding Team to intercept the GFV.

4.      Upon arrival at the GFV, the boarding team reported three persons on board who were later identified as **WILFREDO ROBLES, RUBEN PUSHIANA and JONATHAN VASQUEZ**. All persons on board refused to answer standard ROV questions. As such, no one claimed to be the master or person in charge and no claim of nationality was made for the vessel. District 7 then gave authorization to treat the vessel as one without nationality and enforce U.S. law. Because the GFV was outside territorial seas of any nation and having no legitimate claim of nationality, the GFV was deemed to be subject to the jurisdiction of the United States.

5.      The USCG Boarding Team then searched the vessel and detained the crew. The boarding team found and seized a total of 16 bales from the GFV containing suspected cocaine. Two NIK field tests performed by the boarding team on the scene yielded presumptive positive results for the presence of cocaine. District 7 granted an SNO to treat all persons on board as detainees and to also conduct IONSCAN swipes of their hands. The boarding team conducted field tests on the contraband, which yielded positive results for cocaine. The bales weighed a total of approximately 400 kilograms.

6.      The GFV crew (**WILFREDO ROBLES, RUBEN PUSHIANA, and JONATHAN VASQUEZ**), along with the suspected cocaine were transferred to the HMS Medway to await

transfer to the custody of U.S. law enforcement.

7. Based on the foregoing facts, I submit that probable cause exists to believe that **WILFREDO ROBLES, RUBEN PUSHIANA, and JONATHAN VASQUEZ** conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

LEWIS HOSCH
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _Facetime_ on _7TH_ of October 2022.

HONORABLE MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:22-mj-03709 Damian

## BOND RECOMMENDATION

DEFENDANT: WILFREDO ROBLES

$250,000 CSB with Nebbia and right to revisit

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Michele Vigilance*
**AUSA:**

Last Known Address: Colombia

What Facility:

Agent(s): Lewis Hosch, DEA TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:22-mj-03709 Damian

## BOND RECOMMENDATION

DEFENDANT: RUBEN PUSHIANA

$250,000 CSB with Nebbia and right to revisit
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Michele Vigilance*
AUSA:

Last Known Address: Dominican Republic

What Facility:

Agent(s): Lewis Hosch, DEA TFO
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:22-mj-03709 Damian

## BOND RECOMMENDATION

DEFENDANT: JONATHAN VASQUEZ

$250,000 CSB with Nebbia and right to revisit
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Michele Vigilance*
AUSA:

Last Known Address: Dominican Republic

What Facility:

Agent(s): Lewis Hosch, DEA TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)